| | |
|---|---|
| SEYFARTH SHAW LLP<br>Christian J. Rowley (SBN 187293)<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br>crowley@seyfarth.com<br><br>Richard L. Alfred (SBN 015000) (pro hac vice)<br>Two Seaport Lane, Suite 300<br>Boston, Massachusetts 02210<br>Telephone: (617) 946-4800<br>Facsimile: (617) 946-4801<br>ralfred@seyfarth.com<br><br>Timothy M. Watson (SBN 20963575) (pro hac vice)<br>700 Milam Street, Suite 1400<br>Houston, Texas 77002-2812<br>Telephone: (713) 225-2300<br>Facsimile: (713) 225-2340<br>twatson@seyfarth.com<br><br>Attorneys for Defendants | PADILLA & RODRIGUEZ, LLP<br>John M. Padilla (SBN 279815)<br>jpadilla@pandrlaw.com<br>601 S. Figueroa St., Suite 4050<br>Los Angeles, California 90017<br>Telephone: (213) 244-1401<br>Facsimile: (213) 244-1402<br><br>WILLS LAW FIRM, PLLC<br>Rhonda H. Wills (pro hac vice)<br>rwills@rwillslawfirm.com<br>Genevieve Estrada (pro hac vice)<br>gestrada@rwillslawfirm.com<br>1776 Yorktown, Suite 570<br>Houston, Texas 77056<br>Telephone: (713) 528-4455<br>Facsimile: (713) 528-2047<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY CARROLL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO & COMPANY, and WELLS FARGO BANK, N.A.,<br><br>    Defendants. | Case No. 3:15-CV-02321 EMC<br><br>**STIPULATED REQUEST TO RESCHEDULE INITIAL CMC TO OCTOBER 1, 2015** |

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-12, and 16-2(e), and this Court's orders regarding the date for the initial Case Management Conference ("CMC"), Plaintiff Kelly Carroll ("Plaintiff") and Defendants Wells Fargo & Co. and Wells Fargo Bank, N.A. ("Defendants" or "Wells Fargo") hereby

1  stipulate to reschedule the CMC, currently scheduled for August 27, 2015, at 9:30 a.m., to October 1,
2  2015, at 9:30 a.m., in Courtroom 5, 17th Floor, San Francisco.
3        In orders dated August 17, 2015, this Court rescheduled the CMC from August 20, 2015, to
4  August 27, 2015; ordered all lead counsel to appear in person for the CMC; and provided that the parties
5  may submit a stipulation to reschedule the CMC.  *See* Dkt. Nos. 40-42.  Lead counsel for the respective
6  parties—Rhonda H. Wills and John M. Padilla for Plaintiff, and Timothy M. Watson and Richard L.
7  Alfred for Defendants—are available to appear in person on Thursday, October 1, 2015.  Accordingly,
8  the parties respectfully request the Court reschedule the CMC to October 1, 2015, at ~~9:30 a.~~m. 1:30 p.m.

9  DATED: August 19, 2015                     Respectfully submitted,

10                                                 WILLS LAW FIRM, PLLC

11

12                                                 By:  */s/ Rhonda K. Wills*
13                                                     Rhonda K. Wills
                                                    Genevieve Estrada
14
                                                Attorneys for Plaintiff
15                                                 KELLY CARROLL, individually and on behalf
                                                of others similarly situated

16 DATED: August 19, 2015                     PADILLA & RODRIGUEZ, L.L.P.
17

18                                                 By:  */s/ John M. Padilla*
19                                                    John M. Padilla

20                                                 Attorneys for Plaintiff
                                                KELLY CARROLL, individually and on behalf of
21                                                 others similarly situated

22

23 DATED:  August 19, 2015                    SEYFARTH SHAW LLP

24                                                 By:     /s/ Christian J. Rowley
                                                   Christian J. Rowley
25                                                    Richard L. Alfred
                                                   Timothy M. Watson
26                                                 Attorneys for Defendants
                                                WELLS FARGO & COMPANY and WELLS
27                                                 FARGO BANK, N.A.

28

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Christian J. Rowley, attest that concurrence in the filing of this stipulation has been obtained from the signatories Rhonda H. Wills and John M. Padilla, counsel for Plaintiff Kelly Carroll.

DATED: August 19, 2015                         SEYFARTH SHAW LLP

                                               By:    /s/ Christian J. Rowley
                                                   Christian J. Rowley
                                                   Richard L. Alfred
                                                   Timothy M. Watson

                                               Attorneys for Defendants
                                               WELLS FARGO & COMPANY and WELLS
                                               FARGO BANK, N.A.

1 

**[PROPOSED] ORDER**

Based on the Parties' stipulation and good cause appearing, the Court orders the Case Management Conference rescheduled from August 27, 2015, to **October 1, 2015**, at ~~9:30 a.m.~~ 1:30 p.m., in Courtroom 5, 17th Floor, San Francisco. An updated joint CMC statement shall be filed by September 24, 2015.

**IT IS SO ORDERED.**

DATED: _____August 24, 2015_____   _____
HONORABLE EDWARD M. CHEN
United States District Judge



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

4
STIPULATION TO RESCHEDULE INITIAL CMC / CASE NO. 15-CV-02321 EMC _____