1 | SEYFARTH SHAW LLP
Andrew M. McNaught (SBN 209093)
2 | 560 Mission Street, 31st Floor
San Francisco, California  94105
3 | Telephone: (415) 397-2823
Facsimile: (415) 397-8549
4 | amcnaught@seyfarth.com

5 | Richard L. Alfred (SBN 015000) (pro hac vice)
Two Seaport Lane, Suite 300
6 | Boston, Massachusetts 02210
7 | Telephone:  (617) 496-4802
Facsimile:  (617) 946-4801
8 | ralfred@seyfarth.com

9 | Timothy M. Watson (SBN 20963575) (pro hac vice)
700 Milam Street, Suite 1400
10 | Houston, Texas 77002-2812
Telephone: (713) 225-2300
11 | Facsimile: (713) 225-2340
twatson@seyfarth.com
12
13 | Attorneys for Defendants

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16 | SAN FRANCISCO DIVISION

17 | KELLY CARROLL, ANTONIO PONCE, and | Case No. 3:15-CV-02321 EMC
CHRYSTIANE LAYOG, Individually and On Behalf
18 | of All Others Similarly Situated, | **STIPULATION TO EXTEND
DEADLINE FOR DEFENDANTS TO
19 |                    Plaintiffs,** | **RESPOND TO CONSOLIDATED
FOURTH AMENDED COMPLAINT**
20 |          v.
21 | WELLS FARGO & COMPANY, and WELLS
FARGO BANK, N.A.,
22
23 |                    Defendants.
24
25
26
27
28

1    Pursuant to Local Rule 6-1(a), Plaintiffs Kelly Carroll, Antonio Ponce, and Chrystiane Layog

2  ("Plaintiffs") and Defendants Wells Fargo & Co. and Wells Fargo Bank, N.A. ("Defendants" or "Wells

3  Fargo") hereby stipulate to extend the time within which Wells Fargo has to answer or otherwise

4  respond to the Consolidated Fourth Amended Complaint [Dkt. No. 142].

5    Plaintiffs filed the Consolidated Fourth Amended Complaint on November 30, 2016.  With this

6  Stipulation, the parties agree to extend Wells Fargo's deadline for answering or otherwise responding to

7  the Consolidated Fourth Amended Complaint to January 6, 2017.

8    The parties respectfully submit this Stipulation to the Court pursuant to Local Rule 6-1(a).

9  DATED: December 6, 2016                    Respectfully submitted,

10                                            WILLS LAW FIRM, PLLC

11

12                                            By:  /s/ Rhonda H. Wills

13                                                 Rhonda H. Wills

14                                            Counsel for Plaintiffs
                                              KELLY CARROLL, ANTONIO PONCE, and
15                                            CHRYSTIANE LAYOG, individually and on
                                              behalf of others similarly situated
16

17  DATED:  December 6, 2016                   SEYFARTH SHAW LLP

18                                            By:   /s/ Andrew M. McNaught
                                                   Andrew M. McNaught
19
                                              Counsel for Defendants
20                                            WELLS FARGO & COMPANY and WELLS
                                              FARGO BANK, N.A.
21

22

23

24

25

26

27

28



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Edward M. Chen

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT / CASE NO. 15-CV-02321 EMC

1

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)

2       I, Andrew M. McNaught, attest that concurrence in the filing of this stipulation has been

3   obtained from the signatory Rhonda H. Wills, counsel for Plaintiffs.

4

5   DATED:  December 6, 2016                SEYFARTH SHAW LLP

6                                           By:___/s/ Andrew M. McNaught_
                                                 Andrew M. McNaught
7
                                            Attorneys for Defendants
8                                           WELLS FARGO & COMPANY and WELLS
                                            FARGO BANK, N.A.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

36065373v.1
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT / CASE NO. 15-CV-02321 EMC

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 560 Mission Street, 31st Floor, San Francisco, California 94105. On December 6, 2016, I served the within document(s):

    STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO
    CONSOLIDATED FOURTH AMENDED COMPLAINT

☐    I sent such document from facsimile machines (415) 397-8549 on 12/6/2016. I certify that said transmission was completed and that all pages were received and that a report was generated by said facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.

☐    by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at San Francisco, California, addressed as set forth below.

☐    by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☒    electronically by using the Court's ECF/CM System.

Rhonda H. Wills               John M. Padilla
Genevieve Estrada           Jose Moises Cedillos
Wills Law Firm, PLLC        Padilla & Rodriguez, L.L.P.
1776 Yorktown Street, Suite 570  5433 Westheimer, Suite 825
Houston, Texas 77056       Houston, Texas 77056

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 6, 2016, at San Francisco, California.

*Juliana Blackwell*
Juliana Blackwell

PROOF OF SERVICE
CASE NO.: 3:15-CV-02321 EMC

36103747v.1